IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------
RAYMOND BOLAN,

                                         Petitioner,

                                  -vs-

CHRISTOPHER LaROSE, Warden,

                                    Respondent.
------------------------------------------------------

CASE NO. 1:13 CV 00857

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This matter comes before the Court on United States Magistrate Judge Greg White's Report and Recommendation advising that petitioner Raymond Bolan's petition for the writ of habeas corpus be denied.  No timely objections have been filed. The Court, accordingly, adopts the Report and Recommendation as its own and denies Mr. Bolan's petition.[1]

    IT IS SO ORDERED.

                                                       /s/ Lesley Wells
                                                    UNITED STATES DISTRICT JUDGE

Date: 30 September 2014

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.